

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDELMIRO GONZALEZ, | : | CIVIL ACTION |
| Petitioner, | : | No. 09-1563 |
| v. | : | |
| LOUIS FOLINO, et al., | : | |
| Respondents. | : | |

ORDER

FILED JUL 6 2009 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

AND NOW, this 6th day of July 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and Petitioner's Memorandum of Law in Support (Docket No. 1) and the response thereto (Docket No. 5), and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated May 26, 2009 (Docket No. 6), to which no objections were filed, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE